

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No._____ |
| | ) '08 MJ 1401 |
| Plaintiff | ) |
| | ) COMPLAINT FOR |
| v. | ) VIOLATION OF: |
| | ) TITLE 18 U.S.C. § 1544 |
| German MORAN-CRUZ | ) Misuse of Passport (Felony) |
| AKA: Ocegueda, Manuel Jesus | ) |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about May 3, 2008, within the Southern District of California, defendant **German MORAN-CRUZ** did knowingly and willfully use a passport issued or designed for the use of another, to wit: Defendant presented US passport number 434308665, issued to Manuel Jesus Ocegueda, knowing full well that he was not Manuel Jesus Ocegueda, and that the passport was not issued or designed for his use.

All in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Bruce A. Palombo Jr.
Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This _____ day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Bruce Anthony Palombo Jr., being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1.      I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for 3 ½ years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2.      During the performance of my duties, I have obtained evidence that German MORAN-CRUZ, aka Manuel Jesus Ocegueda, used the passport issued for the use of another. This Affidavit is made in support of a complaint against German MORAN-CRUZ for violation of Title 18, U.S.C., Section 1544, Misuse of a Passport.

3.      On 05/03/08, at approximately 0922 hours, according to a Department of Homeland Security, Customs and Border Protection (CBP) officer, DEFENDANT approached the pedestrian entrance to the San Ysidro Port of Entry. DEFENDANT was asked the normal immigration questions (such as his citizenship, where he was going, any items to declare, etc.) and then DEFENDANT provided a CBP Officer with a U.S. Passport (number 434308665) bearing the name of Manuel Jesus Ocegueda. A CBP officer was not convinced DEFENDANT was the rightful owner of the passport, and escorted DEFENDANT to the Security Officer for further inspection.

4.      On 05/03/2008, a CBP Officer conducted a secondary inspection of DEFENDANT. During the inspection DEFENDANT'S fingerprints were taken, and revealed that he had an FBI record in the name German MORAN-CRUZ, 09/08/1986, who is a citizen of Mexico. Computer checks reveal that the DEFENDANT has been returned to Mexico 3 times previously since August of 2007, most recently April 29, 2008 (4 days prior).

5.      On 05/03/2008, at approximately 1000 hours, the DSS San Diego Resident Office Representative was notified by the CBP at the San Yisdro POE of the case. Affiant conducted checks of the US Department of State, US Passport database. Record checks revealed that US Passport number 434308665 had been issued on March 13, 2008, and has not been reported lost or stolen. The photograph and DOB on the passport application do not match the DEFENDANT.

6.    On the basis of the facts presented in this probable cause statement consisting of 3 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offence on 05/03/2008 - in violation of Title 18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Manuel Jesus Ocegueda, knowing that it was not issued or designed for his use.

EXECUTED ON THIS 3rd DAY OF MAY 2008, AT THE SAN YSIDRO PORT OF ENTRY.

_____
Bruce A. Palombo Jr. / Diplomatic Security Service

_____    5/4/08 9:40 pm
MAGISTRATE JUDGE           DATE/ TIME