AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

GERMAN MORAN-CRUZ

WAIVER OF INDICTMENT

CASE NUMBER: 08cr1772-JAH

I, __GERMAN MORAN-CRUZ__, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 6/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GERMAN MORAN-CRUZ
Defendant

SHAUN KHOJAYAN
Counsel for Defendant

Before _____
JUDICIAL OFFICER

JDM:lml:5/8/08